UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE

      MARCEL C. BRISTOL

             DEBTOR

      V.

MARIA DEROSA,TRUSTEE
CARRINGTON MORTGAGE     APPELLEE
WELL FARGO BANK

NOTICE OF APPEAL

BANKRUPTCY CASE NO.08-0972748

CHAPTER 13

PLEASE TAKE NOTICE,that the Debtor MARCEL C. BRISTOL,hereby appeal to the

United States District court of the Eastern District of New York,from the

order of the U.S Bankruptcy court of the Eastern District of New York,dis-

missing the Debtor petition for Bankruptcy relief on or before *July 9,*

*2009*,or after July 9,2009.

This appeal is from each and every part of said judgment or order ente-

red on or before July 9,2009, or after July 9,2009.

MARCEL C. BRISTOL,PRO SE

NOTICE TO:

DATED JULY 16,2009

MARIA DEROSA,TRUSTEE
100 JERICHO QUADRANGLE
STE 208
JERHICO,N.Y 11753

RECEIVED 2009 JUL 15 P 4:06 CLERK U.S. BANKRUPTCY EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

. IN RE

          MARCEL C. BRISTOL

                    DEBTOR

     -AGAINST-                          BANKRUPTCY CASE NO.8-0972748


                                        Application in support of
                                        motion to extend automatic
     MARIA DEROSA,TRUSTEE                stay pending determination
                    APPELLEE            of appeal

_____


The application of Marcel C.Bristol shows and alleges that:

1.He is the debtor in the above referenced matter and as such,he is fami-
liar and knowledgeable with all the facts of this case.

2.That a voluntary petition was filed in the Bankruptcy court on about
April 21,2009 and all the necessary papers ,documents were provided,and
all court fees were paid.

3.That attendance to all scheduled hearing and meetting have been comp-
lied to,and there is no defficiency of filing.

4.That there is no cause for dismissal and the Debtor is entitled for
relief under the United States Bankruptcy act.

5.That the Debtor pray this honorable court will waive the filing fee to
prosecute this appeal.The issues involved as alleged are meriterious,and
submitted in good faith.

6.That the debtor took no action inconsistent to prejudice the right of
the creditors.THeir best interest is being served by timely payment of the
re-payment scheduled.

7.That about May 5,2009,correspondence from the appointed trustee,Maria
Derosa,indicating the repayment plan,which the debtor has been honored
on a timely basis,as stated above,has been approved,and must be paid be-
fore the 21st of each month.

8.That there has been no default,the debtor made every payment on time and he is committed to adhere to the term of repayment until the determination of this appeal.It should be noted that all payments made so far have been cashed by the designated person.

9.However,upon appearance on a scheduled meetting in the Bankruptcy court, The judge sua sponte,announced that he is dismissing the case,a notice will be mailed to the Debtor.

10.I submit to this honorable court that the order of dismissal is arbitrary and capricious,therefore violates due process.There has been no notice, There has been no motion to dismiss by the adverse parties.

11. The debtor is unduly prejudiced by the unjust dismissal of the Bankruptcy petition,and the creditors will not be harmed by continuing the automatic stay,pending the determination of this appeal,since the debtor will contitue to make the payments to honor the terms of the repayment scheduled.

12. The debtor has no other remedy available at law.

**Wherefore:** the debtor prays that this honorable court will issue an order granting the afforsiad relief and any other further relief that is just and proper.

I declare under the penalty of purjury that the foregoing is true to the best of my knowledge.

DATED JULY,14,2009

MARCEL C. BRISTOL,PRO SE
DEBTOR APPELLANT

CC.MARIA DEROSA,TRUSTEE.