UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARCEL C. BRISTOL,

                Appellant,

    -against-                                    <u>ORDER</u>
                                                      09-CV-3730 (JFB)

MARIANNE DEROSA,

                Appellee.
----------------------------------------X

JOSEPH F. BIANCO, District Judge:

       Appellant filed an appeal in this action on August 26, 2009, seeking relief from an August 19, 2009 Order of the U.S. Bankruptcy Court for the Eastern District of New York ("Bankruptcy Court"), dismissing appellant's case for his failure to attend scheduled meetings and comply with other deadlines associated with his voluntary Chapter 13 petition. On August 27, 2009, the Clerk of this Court filed a Notice of Docketing of Bankruptcy Appeal, which was mailed to *pro se* appellant. This Notice informed appellant that filing and service of the briefs and appendix were to be accomplished in accordance with Bankruptcy Rule 8009. Rule 8009 requires that appellant file a brief within 14 days after entry of the appeal on the docket pursuant to Rule 8007. To date, appellant has failed to file a brief or otherwise communicate with the Court.

       IT IS HEREBY ORDERED that appellant submit a letter to the Court by May 7, 2010 explaining why this case should not be dismissed for failure to comply with the Bankruptcy Rules. If appellant fails to respond to this Order, the Court shall dismiss the case with prejudice.

                                                     SO ORDERED

                                                    _____
                                                    JOSEPH F. BIANCO
                                                    UNITED STATES DISTRICT JUDGE

Dated:  April 26, 2010
          Central Islip, New York